# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138863-66(87)(91)(94)

ANGLERS OF THE AuSABLE, INC.,
MAYER FAMILY INVESTMENTS, LLC,
and NANCY A. FORCIER TRUST,
       Plaintiffs-Appellants,

v

SC: 138863-138866
COA: 279301, 279306, 280265,
     280266
Otsego CC: 06-011697-CE

DEPARTMENT OF ENVIRONMENTAL
QUALITY, DIRECTOR OF THE
DEPARTMENT OF ENVIRONMENTAL
QUALITY, and MERIT ENERGY
COMPANY,
       Defendants-Appellees.
_____

## AMENDMENT TO ORDER

On order of the Court, the order of June 18, 2010 is amended to correct a clerical error by adding, after the concurring statement of CAVANAGH, J., the following:

HATHAWAY, J., joins in the statement of CAVANAGH, J.,



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2010

_____
Clerk